IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

vs.            NO. 4:06CR00070 JLH

RENALDO DWAN ROBINSON            DEFENDANT

## ORDER

Defendant appeared in person with his attorney, Dale West, for sentencing on Wednesday, June 14, 2006. The government was represented by Assistant U.S. Attorney Karen Whatley. U.S. Probation Officers Joe Klingbeil, Chirie Grimes and Serena Earsa were also present. During the hearing, the parties requested 90 days to resolve outstanding restitution issues, which the Court granted.

IT IS THEREFORE ORDERED that the government is directed to instruct the effected financial institutions to provide pertinent restitution information to the U.S. Attorney's office within 30 days. The government's brief on restitution will be due no later than Friday, July 28, 2006. The defendant's reply brief will be two weeks after the government's brief is filed.

IT IS SO ORDERED this 14th day of June, 2006.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE