PROB 12B
ED/AR (12/2010)

# United States District Court

for the

## Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR -5 2012

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Renaldo Dwan Robinson          Case Number:  4:06CR00070-001 JLH

Name of Sentencing Judicial Officer:     Honorable J. Leon Holmes
                                         Chief United States District Judge

Offense:                Aiding and Abetting Bank Fraud

Date of Sentence:       June 14, 2006

Sentence:               57 months Bureau of Prisons; 3 years supervised release; DNA; financial
                        disclosure; $645,405.50; and $100 special penalty assessment

Type of Supervision:    Supervised release      Date Supervision Commenced:  August 28, 2009
                                                Expiration Date:  August 27, 2012

Asst. U.S. Attorney:  Karen Whatley             Defense Attorney:  To be determined

U.S. Probation Officer:  K. Kyle Estes
Phone No.:  501-604-5284

---

## PETITIONING THE COURT

**To extend the term of supervision for 1 year, for a total term of 4 years.**

## CAUSE

On June 14, 2006, Mr. Robinson was sentenced to 57 months Bureau of Prisons; 3 years supervised
release; DNA; financial disclosure; $100 special penalty assessment; and $645,405.50 restitution. Mr.
Robinson was ordered to make monthly payments in the amount of 10% of his gross monthly income
towards this restitution balance. Mr. Robinson's term of supervised release commenced on August 28,
2009. Since his release, Mr. Robinson has made no payments towards the restitution. The balance is
currently $645,405.50. Additionally, Mr. Robinson owes a balance of $228,236.38 restitution for a prior
case found at 4:02CR00147-001 SWW, and is currently in default.

Prob 12B                                  -2-                        Request for Modifying the
                                                                   Conditions or Terms of Supervision
                                                                   with Consent of the Offender

Name of Offender:  Renaldo Dwan Robinson              Case Number:  4:06CR00070-001 JLH


_____              _____
K. Kyle Estes                                           Karen Whatley
U.S. Probation Officer                                 Assistant U.S. Attorney

Date: March 30, 2012                           Date: 4/3/12
_____              _____


This form is to be filed with Criminal Docketing as a motion.


THE COURT ORDERS:

[  ]   No Action
[ X ]   The Extension of Supervision as Noted Above
[  ]   The Modification of Conditions as Noted Above
[  ]   Other

                                                    _____
                                                    Signature of Judicial Officer

                                                    _____
                                                    Date


This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

KKE


c:  Assistant U.S. Attorney, Karen Whatley, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Extend the term of supervised release twelve (12) months to August 27, 2013.**

Witness: _____   Signed: _____
U.S. Probation Officer                      Probationer or Supervised Releasee

3-20-13
DATE