## United States District Court
### for the
### Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV - 6 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Renaldo Dwan Robinson        Case Number: 4:06CR00070-001 JLH

Name of Sentencing Judicial Officer:   Honorable J. Leon Holmes
                                       United States District Judge

Offense:           Aiding and Abetting Bank Fraud

Date of Sentence:  June 14, 2006

Sentence:          57 months Bureau of Prisons, 3 years supervised release, DNA, financial disclosure, $645,405.50 restitution, and $100 special penalty assessment.

                   April 5, 2012: Modification of conditions to extend supervised release 12 months

Type of Supervision: Supervised release        Date Supervision Commenced: August 28, 2009
                                               Expiration Date: August 27, 2013

Asst. U.S. Attorney: Pat Harris                Defense Attorney: To be determined

U.S. Probation Officer: K. Kyle Estes
Phone No.: 501-604-5284

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall participate in Moral Reconation Therapy at the discretion of the U.S. Probation Office.**

### CAUSE

On September 29, 2012, a home contact was attempted at the defendant's listed residence, in which two females reported Mr. Robinson was not a resident at that location and had vacated the residence in November 2011. On October 12, 2012, Mr. Robinson was contacted at his place of employment. He admitted he had submitted false information regarding his current residence, and had relocated.

On October 17, 2012, Mr. Robinson signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release. On the same date, Assistant Federal Public Defender Lisa Peters explained the modification to the offender via telephone. She indicated that neither she nor the offender

Case 4:06-cr-00070-JLH   Document 32   Filed 11/06/12   Page 2 of 3

Prob 12B                                -2-                    Request for Modifying the
                                                               Conditions or Terms of Supervision
                                                               with Consent of the Offender

Name of Offender: Renaldo Dwan Robinson             Case Number: 4:06CR00070-001 JLH

have any objections to the modification.

_____          _____
K. Kyle Estes                            Pat Harris
U.S. Probation Officer                   Assistant U.S. Attorney

Date: October 22, 2012                   Date: 10-29-12

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

November 6, 2012
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

KKE/jkr

c: Assistant U.S. Attorney, Pat Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate in Moral Reconation Therapy at the discretion of the U.S. Probation Office**

Witness: _____    Signed: X_____
U.S. Probation Officer                Probationer or Supervised Releasee

10-17-12
DATE

_Lisa C. Peters_
Defense Attorney